**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   7

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Sentry 360 Security, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 87-0733288 |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | c/o Webster & Schelli, PC<br>1730 Park Street<br>Suite 220<br>Naperville, IL 60563 |
| 23807 West Andrew Road<br>Plainfield, IL 60585 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Will | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)   sentry360.com

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Sentry 360 Security, Inc.                                     Case number (*if known*)
         _____
         Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

Debtor    Sentry 360 Security, Inc.                                   Case number (*if known*)_____
          Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

---

| | Statistical and administrative information |

**13. Debtor's estimation of available funds**    .    *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.

- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Sentry 360 Security, Inc. _____    Case number (*if known*) _____
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    September 22, 2017
              MM / DD / YYYY

X _____        Thomas Carnevale
Signature of authorized representative of debtor    Printed name

Title    President

---

| 18. Signature of attorney | X _____ | Date September 22, 2017 |
|---|---|---|
| | Signature of attorney for debtor | MM / DD / YYYY |

James Schelli, Jr.
Printed name

Webster & Schelli, A Prof. Corp.
Firm name

1730 Park Street
Suite 220
Naperville, IL 60563-2615
Number, Street, City, State & ZIP Code

Contact phone    630.416.4500          Email address    jschelli@wslaw1.com

6188093
Bar number and State

---

| Fill in this information to identify the case: |
| --- |

Debtor name    Sentry 360 Security, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 22, 2017          X _____
                                              Signature of individual signing on behalf of debtor

                                              Thomas Carnevale
                                              Printed name

                                              President
                                              Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sentry 360 Security, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                                        12/15

**Part 1:** **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $      16,000.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $      16,000.00

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $      577,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................... $      5,219.66

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$      515,745.13

4. **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b      $      1,097,964.79

---

**Fill in this information to identify the case:**

Debtor name ___Sentry 360 Security, Inc.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an amended filing

---

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*
      Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

    3.1.  Heartland Bank                                   Checking                                                      $3,000.00

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.                                                                                                    $3,000.00
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    Accounts receivable

    11b. Over 90 days old:          28,000.00      -          26,000.00      =....                                        $2,000.00
                                     face amount              doubtful or uncollectible accounts

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

| Debtor | Sentry 360 Security, Inc. | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$2,000.00

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies Cameras, servers and related equipment | 7/20/2017 | $10,000.00 | Comparable sale | $10,000.00 |

**23.** **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$10,000.00

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

Debtor   Sentry 360 Security, Inc.                                    Case number (If known) _____
         _____
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**<br>Office Furnishing and equipment | $0.00 | Liquidation | $300.00 |
| | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software**<br>Telephones, small tools, computers | $0.00 | Liquidation | $200.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**                                                                    | $500.00 |
Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites**<br>Website and domain name | $0.00 | Replacement | $500.00 |

**62.** **Licenses, franchises, and royalties**

Debtor    Sentry 360 Security, Inc.                                    Case number *(If known)* _____
          Name

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                             | $500.00 |

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor    Sentry 360 Security, Inc.                                   Case number *(If known)*  _____
          Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $16,000.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $16,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Sentry 360 Security, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | First Community Financial Bank<br><sub>Creditor's Name</sub><br>c/o Brotschul Potts LLC<br>30 North LaSalle Street, Suite 1402<br>Chicago, IL 60602<br><sub>Creditor's mailing address</sub> | Describe debtor's property that is subject to a lien<br>Website and domain name | $561,000.00 | $500.00 |

Describe the lien
Statutory Lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

<sub>Creditor's email address, if known</sub>

Date debt was incurred
July 3, 2014

Last 4 digits of account number
1807

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | |
|---|---|---|---|---|
| **2.2** | First Community Financial Bank<br><sub>Creditor's Name</sub><br>c/o Brotschul Potts LLC<br>30 North LaSalle Street, Suite 1402<br>Chicago, IL 60602<br><sub>Creditor's mailing address</sub> | Describe debtor's property that is subject to a lien<br>Heartland Bank - Checking | $3,000.00 | $3,000.00 |

Describe the lien
Perfected UCC-1 Filing

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

<sub>Creditor's email address, if known</sub>

Date debt was incurred

Last 4 digits of account number

Debtor   Sentry 360 Security, Inc.
_____   Case number (if know) _____
         Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| --- | --- |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | First Community Financial Bank | Describe debtor's property that is subject to a lien | $2,000.00 | $2,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

c/o Brotschul Potts LLC
30 North LaSalle Street,
Suite 1402
Chicago, IL 60602
Creditor's mailing address

Over 90 days old: Accounts Receivable

**Describe the lien**
Perfected UCC-1 Filing

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| --- | --- |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | First Community Financial Bank | Describe debtor's property that is subject to a lien | $10,000.00 | $10,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

c/o Brotschul Potts LLC
30 North LaSalle Street,
Suite 1402
Chicago, IL 60602
Creditor's mailing address

Cameras, servers and related equipment

**Describe the lien**
Perfected UCC-1 Filing

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| --- | --- |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | First Community Financial Bank | Describe debtor's property that is subject to a lien | $300.00 | $300.00 |
| --- | --- | --- | --- | --- |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    Sentry 360 Security, Inc.
_____    Case number (if known) _____
Name

Creditor's Name

Office Furnishing and equipment

c/o Brotschul Potts LLC
30 North LaSalle Street,
Suite 1402
Chicago, IL 60602
Creditor's mailing address

Describe the lien
Perfected UCC-1 Filing
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | First Community Financial Bank | Describe debtor's property that is subject to a lien | $200.00 | $200.00 |

Creditor's Name

Telephones, small tools, computers

c/o Brotschul Potts LLC
30 North LaSalle Street,
Suite 1402
Chicago, IL 60602
Creditor's mailing address

Describe the lien
Perfected UCC-1 Filing
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | First Community Financial Bank | Describe debtor's property that is subject to a lien | $500.00 | $500.00 |

Creditor's Name

Website and domain name

c/o Brotschul Potts LLC
30 North LaSalle Street,
Suite 1402
Chicago, IL 60602
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No

Date debt was incurred

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 3 of 4

Debtor    Sentry 360 Security, Inc. _____    Case number (if know) _____
Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $577,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| SBA<br>7a Loan Guaranty Processing Center<br>6501 Sylvan Road, Suite 122<br>Citrus Heights, CA 95610-5017 | Line  2.1 | |

| Fill in this information to identify the case: |
| --- |

Debtor name __Sentry 360 Security, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,219.66 | $5,219.66 |
| --- | --- | --- | --- | --- |
|  | IDES | *Check all that apply.* |  |  |
|  | PO Box 4385 | ☐ Contingent |  |  |
|  | Chicago, IL 60680-4385 | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | 3/2017 | Unemployment taxes |  |  |
|  | Last 4 digits of account number __3804__ | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |  |  |
|  |  | ☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
| --- | --- | --- | --- | --- |
|  | Internal Revenue Service | *Check all that apply.* |  |  |
|  | District Director | ☐ Contingent |  |  |
|  | P.O. Box 745 | ☐ Unliquidated |  |  |
|  | Chicago, IL 60690 | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | 2013 |  |  |  |
|  | Last 4 digits of account number __3288__ | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |  |  |
|  |  | ☐ Yes |  |  |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                    **Amount of claim**

| Debtor | Sentry 360 Security, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** Nonpriority creditor's name and mailing address
Blooming Color
1577 Naperville-Wheaton Road
Naperville, IL 60563

Date(s) debt was incurred  2017
Last 4 digits of account number  222

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$297.75

---

**3.2** Nonpriority creditor's name and mailing address
Comcast Cable
PO Box 3001
Southeastern, PA 19398-3001

Date(s) debt was incurred  2017
Last 4 digits of account number  5452

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,234.47

---

**3.3** Nonpriority creditor's name and mailing address
ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Date(s) debt was incurred  2017
Last 4 digits of account number  6223

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Service

Is the claim subject to offset? ■ No ☐ Yes

$2,485.91

---

**3.4** Nonpriority creditor's name and mailing address
E-Infochips
Edwards Law Group, Inc.
2211 Park Boulevard
Palo Alto, CA 94306

Date(s) debt was incurred  2016
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgement creditor

Is the claim subject to offset? ■ No ☐ Yes

$299,027.00

---

**3.5** Nonpriority creditor's name and mailing address
FedEx
PO Box 94515
Palatine, IL 60094

Date(s) debt was incurred  2017
Last 4 digits of account number  2192

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$109.08

---

**3.6** Nonpriority creditor's name and mailing address
Global Contact Int'l
16 West Main Street
Suite C
Marlton, NJ 08053

Date(s) debt was incurred  2017
Last 4 digits of account number  5690

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$180.00

---

**3.7** Nonpriority creditor's name and mailing address
Grange Insurance Company
c/o Rotta Morrison LLC
4919 Main Street
Downers Grove, IL 60515

Date(s) debt was incurred  2017
Last 4 digits of account number  6196

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

Is the claim subject to offset? ■ No ☐ Yes

$709.50

---

Debtor    Sentry 360 Security, Inc. _____    Case number (if known) _____
　　　　　 Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $637.32 |

Groot Industries, Inc.
2500 Landmeier Road
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017_

**Last 4 digits of account number** _0000_

**Basis for the claim:** _Utility Service_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,114.36 |

Gutwein Law
c/o David E. Roberts
250 Main Street, Suite 590
Lafayette, IN 47901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2016_

**Last 4 digits of account number** __

**Basis for the claim:** _Legal Services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,532.54 |

JP Morgan Chase
Cardmember Services
PO Box 1423
Charlotte, NC 28201-1423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2016_

**Last 4 digits of account number** _9419_

**Basis for the claim:** _Credit Card Purchases_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $447.94 |

NiCor Gas
PO Box 5407
Carol Stream, IL 60197-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017_

**Last 4 digits of account number** _0545_

**Basis for the claim:** _Utility Service_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,010.00 |

Pension Performance Inc.
2551 Division Street
Suite 104
Joliet, IL 60435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017_

**Last 4 digits of account number** __

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.93 |

Protective Life Insurance Co.
PO Box 12687
Birmingham, AL 35202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017_

**Last 4 digits of account number** _3358_

**Basis for the claim:** _Insurance_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,800.00 |

Savvy Tech Security Corp
15322 E. Valley Boulevard
La Puente, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Purchases_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Sentry 360 Security, Inc.       Case number (if known) _____
          Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,672.50 |
|---|---|---|---|

**3.15**

Nonpriority creditor's name and mailing address
Security Systems Co.
c/o Joseph A. Piasinski
200 W. Adams, Suite 2500
Chicago, IL 60606

Date(s) debt was incurred _November 2016_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Purchased goods, not delivered_

Is the claim subject to offset? ☑ No ☐ Yes

$30,672.50

---

**3.16**

Nonpriority creditor's name and mailing address
Smith Associates
15518 S. Joliet Road
Plainfield, IL 60544

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

$3,743.00

---

**3.17**

Nonpriority creditor's name and mailing address
Source Group LLC
c/o Durazzo Eckel & Hawkins
45 North Tucson Blvd.
Tucson, AZ 85716

Date(s) debt was incurred _10/31/2014_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☑ No ☐ Yes

$2,500.00

---

**3.18**

Nonpriority creditor's name and mailing address
Sunex, Inc.
c/o Michael W. Huseman/Dreyer
1999 W. Dower Place
Aurora, IL 60506

Date(s) debt was incurred _2016_

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Inventory_

Is the claim subject to offset? ☑ No ☐ Yes

$8,758.14

---

**3.19**

Nonpriority creditor's name and mailing address
Travelers Insurance
c/o Allers Morrison Agency
4919 Main Street
Downers Grove, IL 60515

Date(s) debt was incurred _2017_

Last 4 digits of account number _1182_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Insurance_

Is the claim subject to offset? ☑ No ☐ Yes

$3,264.34

---

**3.20**

Nonpriority creditor's name and mailing address
Underwriters Laboratories
c/o UL-CCIC Co. Ltd.
333 Phingston Road
Northbrook, IL 60062-2096

Date(s) debt was incurred _2017_

Last 4 digits of account number _4085_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Services Provided_

Is the claim subject to offset? ☑ No ☐ Yes

$3,184.42

---

**3.21**

Nonpriority creditor's name and mailing address
UPS
55 Glenlake Parkway NE
Atlanta, GA 30328

Date(s) debt was incurred _2017_

Last 4 digits of account number _15Y3_

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Insurance_

Is the claim subject to offset? ☑ No ☐ Yes

$2,173.11

---

Debtor   Sentry 360 Security, Inc.
         _____                    Case number (if known) _____
         Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.00 |
| | UPS Store #4488 | ☐ Contingent | |
| | 13400 S. Route 59 | ☐ Unliquidated | |
| | Suite G | ☐ Disputed | |
| | Plainfield, IL 60544 | | |
| | Date(s) debt was incurred  2017 | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,519.82 |
| | Verizon Wireless | ☐ Contingent | |
| | c/o Vantage Sourcing | ☐ Unliquidated | |
| | 4930 West Slate Hwy, Ste 1 | ☐ Disputed | |
| | Dothan, AL 36305 | | |
| | Date(s) debt was incurred  2016 | Basis for the claim:  Utility Service | |
| | Last 4 digits of account number 2809 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
| | Xiamen Leading Optics | ☐ Contingent | |
| | Sent via e-mail to | ☐ Unliquidated | |
| | helen.xu@evetar.com | ☐ Disputed | |
| | Date(s) debt was incurred  6/30/15 | Basis for the claim:  Camera Lens | |
| | Last 4 digits of account number  281 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | Internal Revenue Service<br>Federal Paymrnt Levy Program<br>Stop 686 PO Box 19020<br>Bensalem, PA 19020 | Line  2.2<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | Invest Services Company<br>Attn: Darrell Miller<br>507 Ocean Blvd. Suite 201<br>Saint Simons Island, GA 31522 | Line  3.20<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 5,219.66 |
| 5b. Total claims from Part 2 | 5b. | + $ | 515,745.13 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 520,964.79 |

**Fill in this information to identify the case:**

Debtor name    Sentry 360 Security, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

   **2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Month to month storage lease | |
|---|---|---|---|
| | State the term remaining | 30 days | Cube Smart Storage |
| | List the contract number of any government contract | _____ | 12408 S. Industrial Drive E |
| | | | Plainfield, IL 60585 |

**Fill in this information to identify the case:**

Debtor name _____Sentry 360 Security, Inc._____

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 Thomas C. Carnevale | c/o Webster & Schelli 1730 Park Street Naperville, IL 60563 Guarantor of corporate debt | First Community Financial Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name _____ Sentry 360 Security, Inc.

United States Bankruptcy Court for the: _____ NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2017 to Filing Date | ■ Operating a business<br>☐ Other _____ | $575,000.00 |
| For prior year: From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $1,428,822.00 |
| For year before that: From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other _____ | $1,772,357.00 |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   Sentry 360 Security, Inc.                                    Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | First Community Financial Bank<br>c/o Brotschul Potts LLC<br>30 North LaSalle Street, Suite 1402<br>Chicago, IL 60602 | Various | $163,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| First Community Financial Bank<br>c/o Brotschul Potts LLC<br>30 North LaSalle Street, Suite 1402<br>Chicago, IL 60602 | Swept cash from Company bank account<br>Last 4 digits of account number: _____ | June 2017 | $56,000.00 |

---

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Security Systems Co. v. Sentry 360 Security, Inc.<br>2017  11 23796 | Contract | Circuit Court of Cook County<br>IL 1st Muni<br>50 West Washington<br>Room 1106<br>Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   Sentry 360 Security, Inc.                                    Case number (if known) _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Sunex, Inc v. Sentry 360 Security, Inc. 17 AR 188 | Contract | Cir. Court of the12th Judicial -Will Co 14 W. Jefferson Street Joliet, IL 60432 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | E-Infochips v. Sentry 360 Security, Inc. 115 CV 284077 | Contract | Superior Court of California 1654 The Alameda San Jose, CA 95126 | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    Sentry 360 Security, Inc.                                                    Case number (if known) _____

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Webster & Schelli, A Prof. Corp.<br>1730 Park Street<br>Suite 220<br>Naperville, IL 60563-2615 | Attorney Fees | July 7, 2017 | $5,000.00 |
| | Email or website address<br>jschelli@wslaw1.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

Debtor    Sentry 360 Security, Inc.                                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☑ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| Cube Smart Storage<br>12408 S. Industrial Drive E<br>Plainfield, IL 60585 | Thomas Carnevale | Cube 191 - Remaining inventory and Office furnishings and fixtures | ☐ No<br>☑ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor    Sentry 360 Security, Inc.                                    Case number (if known) _____

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Jean Brannen CPA, LLC 15518 S. Joliet Road Plainfield, IL 60544-8000 | 2012 to 2017 |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Official Form 207                        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                        page 6

Debtor    Sentry 360 Security, Inc.                                    Case number *(if known)* _____

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    First Community Financial Bank
c/o Brotschul Potts LLC
30 North LaSalle Street, Suite 1402
Chicago, IL 60602

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas C. Carnevale | c/o Webster & Schelli 1730 Park Street, Suite 220 Naperville, IL 60563 | Founder, CEO, Director and shareholder | 95 percent |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adam Stines | 23807 West Andrew Road Plainfield, IL 60585 | Shareholder | 2.6 percent |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Muller | 23807 West Andrew Road Plainfield, IL 60585 | Shareholder | 2.4 percent |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Adam Stines | 23807 West Andrew Road Plainfield, IL 60585 | Executive Vice President | 2012 to 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jeff Muller | 23807 West Andrew Road Plainfield, IL 60585 | Cheif Technology Officer | 2014 to 2016 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Sentry 360 Security, Inc.    Case number (if known) _____

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 22, 2017

_____    Thomas Carnevale
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Illinois

In re    Sentry 360 Security, Inc.                             Case No. _____

                                       Debtor(s)            Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    33

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    September 22, 2017 _____              _____

                                       Thomas Carnevale/President
                                       Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

SENTRY 360 SECURITY, INC.
C/O WEBSTER & SCHELLI, PC
1730 PARK STREET
SUITE 220
NAPERVILLE IL 60563

JAMES SCHELLI, JR.
WEBSTER & SCHELLI, A PROF. CORP.
1730 PARK STREET
SUITE 220
NAPERVILLE, IL 60563-2615

OFFICE OF THE U S TRUSTEE
219 S. DEARBORN STREET
ROOM 873
CHICAGO IL 60604

BLOOMING COLOR
1577 NAPERVILLE-WHEATON ROAD
NAPERVILLE IL 60563

COMCAST CABLE
PO BOX 3001
SOUTHEASTERN PA 19398-3001

COMED
PO BOX 6111
CAROL STREAM IL 60197-6111

E-INFOCHIPS
EDWARDS LAW GROUP, INC.
2211 PARK BOULEVARD
PALO ALTO CA 94306

FEDEX
PO BOX 94515
PALATINE IL 60094

FIRST COMMUNITY FINANCIAL B
C/O BROTSCHUL POTTS LLC
30 NORTH LASALLE STREET, SU1
CHICAGO IL 60602

GLOBAL CONTACT INT'L
16 WEST MAIN STREET
SUITE C
MARLTON NJ 08053

GRANGE INSURANCE COMPANY
C/O ROTTA MORRISON LLC
4919 MAIN STREET
DOWNERS GROVE IL 60515

GROOT INDUSTRIES, INC.
2500 LANDMEIER ROAD
ELK GROVE VILLAGE IL 60007

GUTWEIN LAW
C/O DAVID E. ROBERTS
250 MAIN STREET, SUITE 590
LAFAYETTE IN 47901

IDES
PO BOX 4385
CHICAGO IL 60680-4385

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
P.O. BOX 745
CHICAGO IL 60690

INTERNAL REVENUE SERVICE
FEDERAL PAYMRNT LEVY PROGRAM
STOP 686 PO BOX 19020
BENSALEM PA 19020

INVEST SERVICES COMPANY
ATTN: DARRELL MILLER
507 OCEAN BLVD. SUITE 201
SAINT SIMONS ISLAND GA 31522

JP MORGAN CHASE
CARDMEMBER SERVICES
PO BOX 1423
CHARLOTTE NC 28201-1423

NICOR GAS
PO BOX 5407
CAROL STREAM IL 60197-5407

PENSION PERFORMANCE INC.
2551 DIVISION STREET
SUITE 104
JOLIET IL 60435

PROTECTIVE LIFE INSURANCE C
PO BOX 12687
BIRMINGHAM AL 35202

SAVVY TECH SECURITY CORP
15322 E. VALLEY BOULEVARD
LA PUENTE CA 91746

SBA
7A LOAN GUARANTY PROCESSING CENTER
6501 SYLVAN ROAD, SUITE 122
CITRUS HEIGHTS CA 95610-5017

SECURITY SYSTEMS CO.
JOSEPH A. PIASINSKI
200 W. ADAMS, SUITE 2500
CHICAGO IL 60606

SMITH ASSOCIATES
15518 S. JOLIET ROAD
PLAINFIELD IL 60544

SOURCE GROUP LLC
C/O DURAZZO ECKEL & HAWKINS
45 NORTH TUCSON BLVD.
TUCSON AZ 85716

SUNEX, INC.
C/O MICHAEL W. HUSEMAN/DRE
1999 W. DOWER PLACE
AURORA IL 60506

TRAVELERS INSURANCE
C/O ALLERS MORRISON AGENCY
4919 MAIN STREET
DOWNERS GROVE IL 60515

UNDERWRITERS LABORATORIES
C/O UL-CCIC CO. LTD.
333 PHINGSTON ROAD
NORTHBROOK IL 60062-2096

UPS
55 GLENLAKE PARKWAY NE
ATLANTA GA 30328

UPS STORE #4488
13400 S. ROUTE 59
SUITE G
PLAINFIELD IL 60544

VERIZON WIRELESS
C/O VANTAGE SOURCING
4930 WEST SLATE HWY, STE 1
DOTHAN AL 36305

XIAMEN LEADING OPTICS
SENT VIA E-MAIL TO
HELEN.XU@EVETAR.COM

# United States Bankruptcy Court
## Northern District of Illinois

In re  Sentry 360 Security, Inc.
Debtor(s)

Case No.
Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Sentry 360 Security, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September 22, 2017

Date

James Schelli, Jr. 6188093
Signature of Attorney or Litigant
Counsel for   Sentry 360 Security, Inc.
Webster & Schelli, A Prof. Corp.
1730 Park Street
Suite 220
Naperville, IL 60563-2615
630.416.4500 Fax:630.416.4200
jschelli@wslaw1.com